

## BROWN & JAMES
### LAW FIRM

---

www.brownjames.com

Jonathan B. Morrow
Direct: 314-242-5378
Fax: 314-242-5578
jmorrow@bjpc.com

800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
Phone: (314) 421-3400

December 11, 2012

Mr. Joseph K. Robbins
Robbins Law Firm
906 Olive St, #1125
St Louis, MO 63101

**C**
**O**
**P**
**Y**

In re:   William McAfee v. Allstate Insurance Company
         Our File No.: 06007-50154

Dear Mr. Robbins:

  We have yet to receive Plaintiff's Rule 26 Disclosures. Per the Court's Rule 16 Order, both parties' Rule 26 Disclosures were due by November 16, 2012.

  Please allow this letter to serve as our good faith attempt to resolve this issue. If we do not receive Plaintiff's disclosures within ten (10) days, we will proceed in filing a Motion to Compel.

  If you have any questions, please feel free to contact me.

Very truly yours,

Jonathan B. Morrow

JBM/SRM/eed
10934148



EXHIBIT A

SAINT LOUIS, MISSOURI · KANSAS CITY, MISSOURI · BELLEVILLE, ILLINOIS
SPRINGFIELD, MISSOURI · LITTLE ROCK, ARKANSAS · COLUMBIA, MISSOURI